Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50412 | **DATE** | 9/14/2004 |
| **CASE TITLE** | Ganan, Quatrini vs. Martinez Manufacturing, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____ .
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .
(4) ☐ Ruling/Hearing on _____ set for _____ at _____ .
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .
(7) ☐ Trial[set for/re-set for] on _____ at _____ .
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____ .
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Following a Motion for Default Judgment, this matter was referred to the Magistrate Judge for a hearing on damages. It is the Report and Recommendation of the Magistrate, based on the Affidavits of Plaintiffs, that damages be set at $167,642.00 for Plaintiff Ganan, $67,077.00 for Plaintiff Quatrini, $59,730.00 in attorney's fees, and $2,419.68 in costs for the reasons stated on the reverse. Plaintiffs indicated they have no evidence to add to the record before the court and wish to rely on the affidavits already on file in lieu of a hearing.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | **Document Number** |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | 9-15-04 date docketed | 36 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| ✓ | Copy to judge/magistrate judge. | | 9/14/2004 date mailed notice | |
| AM courtroom deputy's initials | | Date/time received in central Clerk's Office | GG7 mailing deputy initials | |

# ORDER

After reviewing the Affidavits set forth in Plaintiff's Motion for Default Judgment, it is the Report and Recommendation of the Magistrate Judge that Defendant, Martinez Manufacturing, Inc. ("MMI"), pay Plaintiff Ganan $167,642.00, Plaintiff Quatrini $67,077.00 and further award Plaintiff's $59,730.00 in attorney's fees and $2,419.68 in costs. A break-down of these awards follows.

Of the two plaintiffs, Ganan demonstrated that she was subjected to more egregious conduct than Plaintiff Quatrini. For example, in addition to the lewd comments, gestures, and requests alleged by both Plaintiffs, Plaintiff Ganan also demonstrated numerous instances of unwanted physical contact and one particularly offensive incident where MMI Vice President, Richard Martinez exposed himself six inches from Plaintiff's face. Thus, it is recommended that Plaintiff Ganan be awarded $67,642.00 in back-pay, $50,000.00 in compensatory damages, and $50,000.00 in punitive damages; and that Plaintiff Quatrini be awarded $57,077 in back-pay and $10,000 in compensatory damages.

The Magistrate Judge also recommends that Plaintiffs be awarded $59,730.00 in attorneys' fees and $2,419.68 in costs based on Attorney Hollander's 144.5 hours at the rate of $365.00 per hour; Attorney Madden's 15.75 hours at the rate of $235.00 per hour; Attorney Sidkey's .5 hours at $235.00 per hour; and a law clerk's 42.25 hours at $75.00 per hour.

*[signature]*